UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD W. RIDENS, SR., | No. 2:20-cv-01769 AC |
| Plaintiff, | |
| v. | ORDER |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

Plaintiff filed this Social Security case on September 2, 2020. ECF No. 1. On September 9, 2020, plaintiff was informed that after service of the complaint, this action would be stayed pursuant to General Order Number 615, and there would be no scheduling order or deadlines in effect pending further order of the court. ECF No. 3. Consent/Decline forms were also issued, with a due date of December 14, 2020. ECF No. 5. The Commissioner has submitted the consent/decline form (ECF No. 7), but plaintiff has not.

The court recognizes that the issuance of the stay and the requirement of service deadlines and submitting Consent/Decline forms may appear contradictory. Nonetheless, in order to efficiently move social security cases forward as stays are lifted, these deadlines must be met.

////

////

1

Accordingly, plaintiff is ORDERED to submit his Consent/Decline forms no later than December 29, 2020. The case remains otherwise stayed.

IT IS SO ORDERED.

DATED: December 15, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE