```
Jared Walker (SB#269029)
P.O. Box 1777
Orangevale, CA 95662
T: (916) 476-5044
F: (916) 476-5064
jared@jwalker.law
```

Attorney for Plaintiff,
RICHARD W. RIDENS, SR.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD W. RIDENS, SR.,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 2:20-cv-01769-JDP<br><br>STIPULATION FOR FIRST EXTENSION OF TIME FOR PLAINTIFF TO FILE OPENING BRIEF |

IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Plaintiff to file his motion for summary judgment be extended thirty-five (35) days from the original deadline, such that Plaintiff's new deadline, with the Court's approval, will be September 17, 2021.  This is Plaintiff's first request for an extension of time.  Plaintiff needs additional time to file his motion for summary judgment due to Plaintiff's counsel's conflicting deadlines in other matters and length of this administrative record which counsel has no prior familiarity with.  With the Court's approval, the parties further stipulate that all other dates in the Court's Scheduling Order be extended accordingly.

Dated: August 12, 2021　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　 /s/ *Jared T. Walker*
　　　　　　　　　　　　　　　　　　　　Jared T. Walker,
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

1 | SO STIPULATED:

PHILLIP A. TALBERT
Acting United States Attorney

Dated: August 12, 2021     By:     /s/ *Oscar Gonzalez de Llano
                                   (*authorized by email on 8/12/2021)
                                   Oscar Gonzalez de Llano
                                   Special Assistant United States Attorney
                                   Attorneys for Defendant

**ORDER**

The parties' stipulation, ECF No. 16, is construed as a motion and granted.  Plaintiff will have until September 17, 2021 to file his motion for summary judgment.

IT IS SO ORDERED.

Dated:    August 12, 2021                         _____
                                                  JEREMY D. PETERSON
                                                  UNITED STATES MAGISTRATE JUDGE