# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| RICHARD RIDENS, Sr., | ) |
| | ) |
| Plaintiff, | ) Case No.: 2:20-CV-01769-JDP |
| | ) |
| v. | ) ORDER GRANTING DEFENDANT'S |
| | ) UNOPPOSED MOTION FOR |
| | ) EXTENSION OF TIME |
| Kilo Kijakazi, | ) |
| | ) ECF No. 19 |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

Defendant has requested an extension of 45 days in which to file the Answering Brief, changing the due date from November 12, 2021, to December 27, 2021. This is defendant's first request for an extension. For good cause shown, and finding no objection from plaintiff, defendant's motion is granted. ECF No. 19.

IT IS SO ORDERED.

Dated:   November 15, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE